1

**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
2   Suite 1090
Phoenix, Arizona 85012
3   Telephone: (602) 277-0157
Facsimile: (602) 230-9250
4

5   TOD F. SCHLEIER, ESQ. #004612
Tod@SchleierLaw.com
6   BRADLEY H. SCHLEIER, ESQ. #011696
Brad@SchleierLaw.com
7   Attorneys for Defendants Alternate 36, Inc., Ramirez and Murphy

8                    IN THE UNITED STATES DISTRICT COURT

9                           DISTRICT OF ARIZONA

10

| | |
|---|---|
| SPARROWONE, LLC, an Arizona limited liability company, | No. CV-15-02609-PHX-SPL |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION** |
| ALTERNATE 36, INC., a Delaware corporation; Kenneth Ramirez, a natural person; Lauren Murphy, a natural person; and Jeffery Nickoloff, a natural person, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19        YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition

20

21   of the person named below will be taken upon oral examination at the time and place

22   stated below, before an officer authorized by law to administer oaths:

23        PERSON TO EXAMINED:        **Rob Johnson**

24        DATE AND TIME OF DEPOSITION:   **October 4, 2016 @ 9:30 am**

25

26

PLACE OF DEPOSITION:         **Schleier Law Offices, P.C.**
                             **3101 North Central Avenue, Suite 1090**
                             **Phoenix, Arizona 85012**

DATED this 9th day of September, 2016.

SCHLEIER LAW OFFICES, P.C.

/s/ Bradley H. Schleier
Bradley H. Schleier
Attorneys for Defendants Alternate 36, Inc.,
Ramirez, and Murphy

CERTIFICATE OF MAILING

I hereby certify that on this 9th day of September, 2016, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the following:

Joyce N. Van Cott
Ryan J. Talamante
VAN COTT & TALAMANTE, PLLC
CopperPoint Tower
3030 North Third Street, Suite 790
Phoenix, Arizona 85012
Attorneys for Plaintiff Sparrowone, LLC

Marc Edward Rosenthal
Casey Ryan Cummings
KENNER & CUMMINGS, PLLC
104 Southeast 8th Avenue
Fort Lauderdale, FL 33301
Attorneys *Pro Hac Vice* for Plaintiff Sparrowone, LLC

John M. McKindles
McKINDLES LAW FIRM, P.L.L.C.
1108 E. Greenway Street Suite1
Mesa, AZ 85203
Attorney for Defendant Jeffery Nickoloff

- 2 -

1   A copy was emailed to:

2   Alliance Reporting
    2700 N. Central, #350
3   Phoenix, AZ  85012

4
    /s/ Cindy J. Anderson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26