**Joyce N. Van Cott − SBN 009878**
**Ryan J. Talamante − SBN 015323**
**VAN COTT & TALAMANTE, PLLC**
**3030 North Third Street, Suite 790**
**Phoenix, Arizona 85012**
**Telephone: (602) 257-9160**
**Facsimile: (602) 257-9180**
**E-mail: vct.law@vancotttalamante.com**

**Attorneys for Plaintiff SPARROWONE, LLC**

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SPARROWONE, LLC, an Arizona limited liability company, | ) ) Case No. 15-CV-02609-SPL ) |
| Plaintiff, | ) NOTICE OF SERVICE OF ) PLAINTIFF'S FIRST REQUEST FOR |
| v. | ) PRODUCTION OF DOCUMENTS TO ) DEFENDANTS ALTERNATE 36, |
| ALTERNATE 36, INC., a Delaware corporation; Kenneth Ramirez, a natural person; Lauren Murphy, a natural person; and Jeffery Nickoloff, a natural person, | ) INC., KENNETH RAMIREZ AND ) LAUREN MURPHY ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE IS HEREBY GIVEN** that on October 13, 2016, Plaintiff Sparrowone, LLC, by and through its attorneys, served via email and regular mail, Plaintiff's First Request for Production of Documents to Defendants Alternate 36, Inc., Kenneth Ramirez and Lauren Murphy. upon Defendant.

**DATED** this 13th day of October, 2016.

                        **VAN COTT & TALAMANTE, PLLC**

By:   */s/ Ryan J. Talamante*
        Joyce N. Van Cott
        Ryan J. Talamante
        3030 North Third Street, Suite 790
        Phoenix, Arizona 85012
        Attorneys for Plaintiff Sparrowone, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I electronically filed the attached document with the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all known CM/ECF registrants.

**THIS** 13th day of October, 2016.


By:  /s/ Ryan J. Talamante