1  Joyce N. Van Cott − SBN 009878
2  Ryan J. Talamante − SBN 015323
   VAN COTT & TALAMANTE, PLLC
3  3030 N. Third St., Suite 790
   Phoenix, Arizona 85012
4  Telephone: (602) 257-9160
5  Facsimile: (602) 257-9180
   E-mail: vct.law@vancotttalamante.com
6
7  Attorneys for Plaintiff SPARROWONE, LLC

8
9            IN THE UNITED STATES DISTRICT COURT
10           IN AND FOR THE DISTRICT OF ARIZONA
11

| | |
|---|---|
| 12  SPARROWONE, LLC, an Arizona | ) |
| 13  limited liability company, | ) Case No. 15-CV-02609-SPL |
| | ) |
| 14          Plaintiff, | ) JOINT REPORT ON SETTLEMENT |
| 15 | ) DISCUSSIONS |
|    v. | ) |
| 16 | ) |
| 17  ALTERNATE 36, INC., a Delaware | ) |
|    corporation; Kenneth Ramirez, a | ) |
| 18  natural person; Lauren Murphy, a | ) |
|    natural person; and Jeffery Nickoloff, | ) |
| 19  a natural person, | ) |
| 20 | ) |
|          Defendants. | ) |
| 21 | ) |
| 22 | ) |

23

24        Pursuant to the Court's April 4, 2016 Rule 16 Case Management Order, the
25  parties, by and through counsel undersigned, hereby submit the following information as
26  their Joint Report on Settlement Discussions.
27
28

1.  Plaintiff has settled all claims against Defendant Jeffery Nickoloff. The parties are currently in the process of documenting that settlement, and a Stipulation for Dismissal of Defendant Nickoloff will be filed shortly.

2.  Counsel for Plaintiff and counsel for Defendants Alternate36, Kenneth Ramirez and Lauren Murphy (collectively, the "Alt36 Defendants") have met in person and by telephone to discuss the possibility of settlement between their clients and have agreed that the best way to further facilitate those discussions is through the use of a private mediator.

3.  To that end, Plaintiff and the Alt36 Defendants have agreed to use Judge Barry C. Schneider (Ret.) of Schneider Mediation to conduct a settlement conference. The settlement conference is scheduled for November 29, 2016.

4.  In order to maximize the benefit of any settlement that may be reached at the settlement conference, the parties have agreed to postpone any further depositions until after the November 29th conference.

5.  Counsel for Plaintiff and the Alt36 Defendants will promptly update the Court on the results of that settlement conference.

1

**DATED** this 11th day of November, 2016.

2

**VAN COTT & TALAMANTE, PLLC**

3

4

By: ___/s/  Ryan J. Talamante___

5

    Joyce N. Van Cott

    Ryan J. Talamante

6

    3030 North Third Street, Suite 790

    Phoenix, Arizona 85012

7

    Attorneys for Plaintiff Sparrowone, LLC

8

**SCHLEIER LAW OFFICES, P.C.**

9

10

By: ___/s/  Bradley H. Schleier___

11

    Tod. F. Schleier

    Bradley H. Schleier

12

    3101 N. Central Ave., Suite 1090

13

    Phoenix, AZ 85012

    Attorneys for Defendants Alternate36,

14

    Inc., Kenneth Ramirez, and Lauren

15

    Murphy

16

**McKINDLES LAW FIRM, P.L.L.C.**

17

18

By: ___/s/  John M. McKindles___

19

    John M. McKindles

    1108 E. Greenway St., Suite 1

20

    Mesa, AZ 85203

21

    Attorney for Defendant Jeffery Nickoloff

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2016, I electronically filed the attached document with the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all known CM/ECF registrants.

**THIS** 11th day of November, 2016.

By: _/s/ Ryan J. Talamante_

4