**Joyce N. Van Cott − SBN 009878**
**Ryan J. Talamante − SBN 015323**
**VAN COTT & TALAMANTE, PLLC**
**3030 North Third Street, Suite 790**
**Phoenix, Arizona 85012**
**Telephone: (602) 257-9160**
**Facsimile: (602) 257-9180**
**E-mail: vct.law@vancotttalamante.com**

**Attorneys for Plaintiff SPARROWONE, LLC**

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SPARROWONE, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALTERNATE 36, INC., a Delaware corporation; Kenneth Ramirez, a natural person; Lauren Murphy, a natural person; and Jeffery Nickoloff, a natural person,<br><br>Defendants. | Case No. 15-CV-02609-SPL<br><br>**STIPULATION TO DISMISS DEFENDANT JEFFERY NICKOLOFF PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., the undersigned parties, being all parties who have appeared in this case, hereby stipulate and agree that Plaintiff's claims against Defendant Jeffery Nickoloff may be dismissed, with prejudice, the parties to bear their own attorneys' fees and costs.

This Stipulation does not concern Plaintiff's claims against Defendants Alternate 36, Inc., Kenneth Ramirez or Lauren Murphy. A proposed Order is submitted herewith.

**DATED** this 23rd day of November, 2016.

**VAN COTT & TALAMANTE, PLLC**

By: */s/ Ryan J. Talamante*
    Joyce N. Van Cott
    Ryan J. Talamante
    3030 North Third Street, Suite 790
    Phoenix, Arizona 85012
    Attorneys for Plaintiff Sparrowone, LLC

**SCHLEIER LAW OFFICES, P.C.**

By: */s/ Bradley H. Schleier*
    Tod F. Schleier
    Bradley H. Schleier
    3101 N. Central Avenue, Suite 1090
    Phoenix, Arizona 85012
    Attorneys for Defendants Alternate 36, Inc.
    Kenneth Ramirez and Lauren Murphy

**MCKINDLES LAW FIRM, PLLC**

By: */s/ John McKindles*
    John McKindles
    1108 E. Greenway Street, Suite 1
    Mesa, Arizona 85203
    Attorney for Defendant Jefferey Nickoloff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, I electronically filed the attached document with the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all known CM/ECF registrants.

**THIS** 23rd day of November, 2016.


By: _/s/ Ryan J. Talamante_