| | |
|---|---|
| 1 | **Joyce N. Van Cott − SBN 009878** |
| 2 | **Ryan J. Talamante − SBN 015323** |
|   | **VAN COTT & TALAMANTE, PLLC** |
| 3 | **3030 N. Third St., Suite 790** |
| 4 | **Phoenix, Arizona 85012** |
|   | **Telephone: (602) 257-9160** |
| 5 | **Facsimile: (602) 257-9180** |
|   | **E-mail: vct.law@vancotttalamante.com** |
| 6 | |
| 7 | **Attorneys for Plaintiff SPARROWONE, LLC** |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| SPARROWONE, LLC, an Arizona limited liability company, | ) ) ) | Case No. 15-CV-02609-SPL |
| Plaintiff, | ) ) | **JOINT NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| ALTERNATE 36, INC., a Delaware corporation; Kenneth Ramirez, a natural person; Lauren Murphy, a natural person; and Jeffery Nickoloff, a natural person, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to Local Rule 40.2(d), Plaintiff Sparrowone, LLC and Defendants Alternate 36, Inc., Kenneth Ramirez, and Lauren Murphy, representing all of the remaining parties in this case, hereby notify the Court that they have reached a

settlement of all remaining claims. The parties are now in the process of finalizing the settlement documents. The terms of the settlement include the entry of a permanent injunction by this Court. The parties will submit a form of such injunction to the Court within the next 30 days. Upon the entry of the injunction, the parties will file a stipulation of dismissal.

**DATED** this 18th day of January, 2017.

**VAN COTT & TALAMANTE, PLLC**

By: _/s/ Ryan J. Talamante_
    Joyce N. Van Cott
    Ryan J. Talamante
    3030 North Third Street, Suite 790
    Phoenix, Arizona 85012
    Attorneys for Plaintiff Sparrowone, LLC

**SCHLEIER LAW OFFICES, P.C.**

By: _/s/ Bradley H. Schleier_
    Tod F. Schleier
    Bradley H. Schleier
    3101 N. Central Avenue, Suite 1090
    Phoenix, Arizona 85012
    Attorneys for Defendants Alternate 36, Inc.,
    Kenneth Ramirez and Lauren Murphy

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, I electronically filed the attached document with the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all known CM/ECF registrants.

**THIS** 18th day of January, 2017.

By: _/s/ Ryan J. Talamante_

3